IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| FRANCES WASHBURN,<br><br>   Plaintiff,<br><br>v.<br><br>C.R. BARD, INC., BARD and PERIPHERAL VASCULAR, INC.<br><br>   Defendants. | Case No. 3:20-cv-00356-MHW-EPD<br><br>Hon. Michael H. Watson<br>Mag. Elizabeth Preston Deavers |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that the above-captioned case be dismissed without prejudice, with each party to bear its own costs.

Respectfully submitted this 10th day of March 2021.

| | |
|---|---|
| */s/ Steven Scott Schulte*<br>Steven S. Schulte<br>(Pending Admission *Pro Hac Vice)*<br>Texas Bar No. 24051306<br>FEARS NACHAWATI LAW FIRM<br>5473 Blair Road<br>Dallas, TX 75231<br>(214) 890-0711<br>(214) 890-0712<br>schulte@fnlawfirm.com<br><br>*Attorneys for Plaintiff* | */s/ Sanjay Ghosh (with permission)*<br>Matthew B. Lerner<br>Georgia Bar No. 446986<br>Sanjay Ghosh<br>Georgia Bar No. 141611<br>NELSON MULLINS RILEY &<br>SCARBOROUGH LLP<br>Atlantic Station<br>201 17th Street NW, Suite 1700<br>Atlanta, GA 30363<br>(404) 322-6000<br>(404) 322-6050<br>matthew.lerner@nelsonmullins.com<br>sanjay.ghosh@nelsonmullins.com |

    AND

*/s/ Jennifer Snyder Heis*
Jennifer Snyder Heis (0076181)
Ulmer & Berne LLP
600 Vice Street, Suite 2800
Cincinnati, OH 45202-2409
(513) 698-5000
(513) 698-5001
jheis@ulmer.com

*Attorneys for C. R. Bard, Inc. and Bard Peripheral Vascular, Inc*